AAS/EJD
F.# 2021R00184

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FAN "FRANK" LIU,
MATTHEW ZIBIRUS and
QIANG "JASON" SUN

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

22-MJ-257 (JRC)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alexander A. Solomon, for an order de-designating the complaint and arrest warrant as Highly Sensitive Documents ("HSDs") and unsealing the complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed and no longer designated as HSDs.

IT IS FURTHER ORDERED that the government's application and accompanying Order to designate the above captioned materials as HSD issued by the Honorable Marcia M. Henry on March 9, 2022 shall remain under seal and designated as HSDs pursuant to the Court's Amended Administrative Order 2021-02, dated February 4, 2021.

Dated:  Brooklyn, New York
         March 16, 2022

                                          s/James Cho
                                      HONORABLE JAMES R. CHO
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK