# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-MJ-257 (MMH) |
| Fan Liu | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fan Liu

Date: March 17, 2022

/s/ Edgar Loy Fankbonner
*Attorney's signature*

Edgar Loy Fankbonner, EF2713
*Printed name and bar number*
401 Broadway, Suite 306
New York, New York 10013

*Address*

fankbonner@gmail.com
*E-mail address*

917-796-7406
*Telephone number*

212-966-0588
*FAX number*