UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

               **ORDER**
               **FOR ACCEPTANCE OF CASH BAIL**

    -against-

 MATTHEW ZIBURIS        Docket No. 22- M 257 M

-------------------------------------------------X


  Bail having been fixed by Hon. <u>JAMES CHO</u> , in the above entitled

action in the amount of $ <u>500,000.00</u> of which sum $<u> 15,000.00 </u>

in cash is to be deposited with the Clerk of the Court.

  It is hereby ordered that the Clerk, United States District Court for the Eastern District of

New York accept the said amount of $<u> 15,000.00 </u> when tendered on behalf

of the above defendant.

  **SO ORDERED.**

**Dated: Brooklyn, New York**

    <u>**3/16/2022**</u>


           *S/ James Cho*
         _____
         **UNITED STATES MAGISTRATE JUDGE**


**Receipt No.** _____
**Money Deposited By:**_____
**address & Telephone** _____
      _____
      _____
      _____