EJD
F. #2021R00184

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                     22-MJ-257 (MMH)

FAN "FRANK" LIU, et al.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Emily J. Dean from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Emily J. Dean
       United States Attorney's Office (Criminal Division)
       271-A Cadman Plaza East
       Brooklyn, New York 11201
       Tel: (718) 254-6120
       Email: Emily.Dean@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Emily J. Dean at the email address set forth above.

Dated: Brooklyn, New York
        May 16, 2022

Respectfully submitted,

BREON PEACE
United States Attorney

By: Emily J. Dean
Assistant U.S. Attorney

cc: Clerk of the Court (MMH)
    Counsel of Record