# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Vera M. Scanlon  DATE: 7/11/2022

DOCKET NUMBER: 22-CR-311(LDH)  LOG #: 3:11 - 3:34

DEFENDANT'S NAME: Craig Miller
- [✓] Present (via tel) [ ] Not Present [ ] Custody [✓] Bail

DEFENSE COUNSEL: James Darrow
- [✓] Federal Defender [ ] CJA [ ] Retained

A.U.S.A.: Emily Dean  CLERK: M. Sica

Court Reporter: Robert Long (Pretrial)  (Language)

- [✓] Defendant arraigned on the: [✓] indictment [ ] superseding indictment [ ] probation violation
- [✓] Defendant pleads NOT GUILTY to ALL counts.
- [ ] DETENTION HEARING Held. [ ] Defendant's first appearance.
  - [✓] Bond set at $100,000.00  Defendant [✓] released [ ] held pending satisfaction of bond conditions.
  - [✓] Defendant advised of bond conditions set by the Court and signed the bond.
  - [ ] Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - [ ] (Additional) surety/ies to co-sign bond by ____
  - [ ] After hearing, Court orders detention in custody. [ ] Leave to reopen granted
- [ ] Temporary Order of Detention Issued. Bail Hearing set for ____
- [ ] At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- [✓] Order of Excludable Delay/Speedy Trial entered. Start 7/11/22 Stop 8/11/22
- [ ] Medical memo issued.
- [ ] Defendant failed to appear; bench warrant issued.
- [✓] Status conference set for 8/11/22 @ ____ before Judge DeArcy-Hall

Other Rulings: Rule 5f Brady Act ordered on the record; written order to follow. Oral order of excludable delay. Passport to be turned in by 7/13/22.