# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Vera M. Scanlon  DATE: 7/11/22

DOCKET NUMBER: 22-CR-311(LDH)  LOG #: 3:37 - 3:47

DEFENDANT'S NAME: Matthew Ziburis
✓ Present (via tel) ___ Not Present ___ Custody ✓ Bail

DEFENSE COUNSEL: Anthony Riceo
___ Federal Defender  ✓ CJA  ___ Retained

A.U.S.A: Emily Dean  CLERK: M. Sica

Pretrial: Robert Long  (Language)
~~Court Reporter~~

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

✓ Bond set at $~~illegible~~  Defendant ✓ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 7/11/22 Stop 8/11/2022
___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

✓ Status conference set for 8/11/22 @ 9:00 AM before Judge DeArcy Hall

Other Rulings: _____