**SABRINA P. SHROFF**  
ATTORNEY

80 BROAD STREET, 19TH FLOOR  
NEW YORK, NEW YORK 10004  
TEL: (646) 763-1490

July 26, 2022

Via E-Mail

Magistrate Judge Peggy Kuo  
United States District Court  
 For the Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

 Re: *United States v. Derrick Taylor*, 22 Cr. 311 (LDH)

Dear Judge Kuo,

The government seeks from this Court a review of the bail conditions set by Magistrate Judge Douglas F. McCormick in the Central District of California, Southern Division, for Mr. Derrick Taylor, a defendant on indictment 22 Cr. 311 (LDH). The bail review is scheduled before this Honorable Court for Friday, July 26, 2022, at 2:00 p.m.

To the extent it helps provide background for this Court, I attach the minutes of the bail hearing before Magistrate Judge McCormick. Also attached for the Court's perusal is the bond as set by the Court in California.

The government seeks (as I understand it) modification of two of the conditions set by the Court in California. First, the government seeks an increased bond amount from $25, 000 to a larger amount of $100,000. Second, the government seeks to have Mr. Taylor surrender the weapons he lawfully possess for his work as a licensed private investigator.

Magistrate Judge McCormick has previously denied both applications. He rejected the government's request for a $100,000 bond and noted that because Mr. Taylor is not charged with a crime of violence, has no criminal history, and needs the weapons for his work, no surrender was needed. See, Tr. at 9-10.

Mr. Taylor was arrested at his home on June 23, 2022, at 6:00 a.m. Mr. Taylor is supervised by Pretrial Services Officer Teddy Cha in  Irvine California, and by Mr. Robert Long, Pretrial Services Officer in the Eastern District of New York. Both Officers are available to the Court.

I thank the court for its time and consideration of this matter.

Respectfully submitted,

/s/Sabrina P. Shroff  
Attorney for Derrick Taylor