# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE Roanne Mann                    DATE : 7/26/2022

DOCKET NUMBER:  22 CR 311 (LDH)                 LOG # : 2:14-2:20    crtrm 11B

DEFENDANT'S NAME :        Fan Liu
           __X__ Present    _____ Not Present    ____ Custody    __X__ Bail

DEFENSE COUNSEL:        Edgar Frankbonner
           ___ Federal Defender    ____ CJA          __X__ Retained

A.U.S.A:  Joshua Dugan for A Solomon            CLERK:      SM Yuen

Court Reporter :                                        (Language) Mandarin    Nancy Wu

_X__  Defendant arraigned on the: _X__ indictment__ superseding indictment __ probation violation

_X _  Defendant pleads NOT GUILTY to ALL counts.

_      BAIL HEARING Held.    _____  Defendant's first appearance.

           _____  Bond set at _____    Defendant _ __ released ___ held pending
                   satisfaction of bond conditions.

           _____  Defendant advised of bond conditions set by the Court and signed the bond.

           _____  Surety(ies) sworn (via phone) , advised of bond obligations by the Court and gave
permission for the Court to sign bond on his behalf.

           ____  (Additional) surety/ies to co-sign bond by _____

           __ _   After hearing, Court orders detention in custody.    _____ Leave to reopen granted

_____  Temporary Order of Detention Issued.  Bail Hearing set for _____

__   At this time, defense counsel states on the record that the defendant does not have a bail
      application / package. Order of detention entered with leave to reapply to a Magistrate
      or to the District Court Judge to whom the case will be assigned.

_X _  Order of Excludable Delay/Speedy Trial entered.  Start 7/26/2022    Stop  8/25/2022

____  Medical memo issued.

____  Defendant failed to appear; bench warrant issued.

_____  Status conference set for _____@_____

Other Rulings : _____