# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE Peggy Kuo                    DATE: 7/29/2022

DOCKET NUMBER: 22 CR 311 (LDH            LOG #: 2;15-2;44        crtrm 11B

DEFENDANT'S NAME: Derrick Taylor (on bond from CA) – via PHONE
  __X__ Present  _____ Not Present  _____ Custody  __X__ Bail

DEFENSE COUNSEL: Sabrina Shroff
  ___ Federal Defender  _X_ CJA  ___ Retained

A.U.S.A: Alex Solomon (via pone)                 CLERK: SM Yuen

Court Reporter: _____ (Language) _____

_X_ Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

_X_ BAIL HEARING Held.   _X_ Defendant's first appearance.

  _X_ Bond set at $100,000   Defendant _X_ released ___ held pending satisfaction of bond conditions.

  _X_ Defendant advised of bond conditions set by the Court and gave permission for the Court to sign the bond on his behalf.

  ___ Surety(ies) sworn (via phone), advised of bond obligations by the Court and gave permission for the Court to sign bond on his behalf.

  ___ (Additional) surety/ies to co-sign bond by _____

  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____

Other Rulings: Defendant is permitted to carry the register firearm for work only, and with notices to pretrial services. Rule 5f order read into the record.