

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

AAS/EJD
F. #2021R00184

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 5, 2022

Sabrina P. Shroff, Esq.
Law Office of Sabrina Shroff
44 Gramercy Park North, #7A
New York, NY 10010

<u>By ECF and FedEx</u>

    Re: United States v. Derrick Taylor
       <u>Criminal Docket No. 22-311 (LDH)</u>

Dear Ms. Shroff:

   Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

I.  <u>The Government's Discovery</u>

  A. <u>Information Associated with the Defendant's Cell Phone</u>

   Please find enclosed information associated with the defendant's cell phone produced with the Bates number **DT000083.**

   You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling me to arrange a mutually convenient time.

  B. <u>Search Warrant Affidavits</u>

   Please find enclosed search warrant affidavits dated March 24, 2022 and April 8, 2022, produced with Bates numbers **DT000084-DT000173 and DT000174- DT000213**.

   The Government is producing Exhibit A to the April 8, 2022 search warrant affidavit with Bates numbers **DTSDM000001-DTSDM000077** as **sensitive discovery material** pursuant to the protective order endorsed by the Court on September 12, 2022. <u>See</u> ECF No. 51.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Alexander A. Solomon
Alexander A. Solomon
Emily J. Dean
Assistant United States Attorneys
(718) 254-7000

Enclosures

cc:   Clerk of the Court (LDH) (by ECF) (without enclosures)