

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS/EJD | *271 Cadman Plaza East* |
| F. #2021R00184 | *Brooklyn, New York 11201* |

November 1, 2022

Paul Goldberger, Esq.
Goldberger & Dubin, P.C.
401 Broadway, Suite 306
New York, NY 10013

<u>By ECF and Email</u>

      Re: <u>United States v. Fan "Frank" Liu</u>
         <u>Criminal Docket No. 22-311 (LDH)</u>

Dear Mr. Goldberger:

  Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

I. <u>The Government's Discovery</u>

  A. <u>Files Found on the Defendant's iPhone 12 pro with serial number F17F719R0D85</u>

  The following material is being produced as sensitive discovery material pursuant to the protective order endorsed by the Court on September 12, 2022. <u>See</u> ECF No. 51. Please note that all translations produced are subject to change.

  Please find enclosed information found on the Defendant's iPhone 12 pro with serial number F17F719R0D85 (LIU0000002).

- Translation of a recording dated on or about February 11, 2022, Bates-Stamped **LIU_SDM_000001-LIU_SDM_000073**

- Translation of a recording dated on or about February 01, 2022, Bates-Stamped **LIU_SDM_000074-LIU_SDM_000107**

- Translation of a document, Bates-Stamped **LIU_SDM_000108-LIU_SDM_000115**

- Untranslated document, Bates-Stamped **LIU_SDM_000116-LIU_SDM_000120**

- Recording dated on or about February 11, 2022, Bates-Stamped **LIU_SDM_000121**.  The translation of this recording is Bates Stamped **LIU_SDM_000001-LIU_SDM_000073**.

- Recording dated on or about February 1, 2022, Bates-Stamped **LIU_SDM_000122**.  The translation of this recording is Bates-Stamped **LIU_SDM_000074-LIU_SDM_000107.**

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling me to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/ Alexander A. Solomon
Alexander A. Solomon
Emily J. Dean
Assistant United States Attorneys
(718) 254-7000

Enclosures

cc:    Clerk of the Court (LDH) (by ECF) (without enclosures)