UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

    - against -

CRAIG MILLER

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 22 Crim. 311 ( LDH ) (VMS)

Vera M. Scanlon, United States Magistrate Judge:

### CONSENT TO HAVE A PLEA TAKEN BEFORE
### UNITED STATES MAGISTRATE JUDGE VERA M. SCANLON

  United States Magistrate Judge Vera M. Scanlon has informed me of my right to have my plea taken before a United States District Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

  After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Vera M. Scanlon.

/s Craig Miller /JD
_____
Defendant

_____
Attorney for Defendant

By: _____
Assistant United States Attorney

Dated: __Nov. 14, 2022
    Brooklyn, New York

s/Vera M. Scanlon, USMJ
11/14/22.