**DOCKET NUMBER:** 22cr311(LDH)(VMS)  **CRIMINAL CAUSE FOR:** Pleading

**VERA M. SCANLON, U.S.M.J.**  **DATE:** 11/14/2022  **TIME IN COURT:** 00:49 hours

**DEFENDANT NAME(S):** Craig Miller
X Present ____ Not Present ____ In Custody X Not In Custody

**DEFENSE COUNSEL:** James Darrow
X Federal Defender ____ CJA ____ Retained

**AUSA:** Emily J. Dean, Alexander A. Solomon

| | | | |
|---|---|---|---|
| ____ | Pretrial/Probation: | ____ | Interpreter/Language: |
| ____ | Court Reporter: | X | ESR Log Nos.: 9:44 - 10:33 |
| ____ | Arraignment | ____ | Revocation of Probation – non-contested |
| X | Change of Plea | ____ | Revocation of Probation – contested |
| ____ | In Chambers Conference | ____ | Sentencing – non-evidentiary |
| ____ | Pre-Trial Conference | ____ | Sentencing – contested |
| ____ | Initial Appearance | ____ | Revocation of Supervised Rel. – evidentiary |
| ____ | Status Conference | ____ | Revocation of Supervised Rel. – non-evidentiary |
| ____ | Telephone Conference | ____ | Jury Selection |
| ____ | Motion Hearing – evidentiary | ____ | Voir Dire Begun |
| ____ | Other Hearing: | ____ | Voir Dire Held |
| X | Case Called | ____ | Rule 5(f) Notice |
| X | Defendant Sworn | X | Defendant Informed of Rights |

____ Waiver of Indictment executed
X Defendant consents orally and in writing to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
X Defendant withdraws not guilty plea and enters plea of guilty as stated on the record
X Court finds factual basis for the plea
X Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
X Pursuant to the CARES Act and Administrative Orders 2020-06, as amended, 2020-13-1, 2021-04-06 and 2021-05-01, the Court conducted today's appearance remotely by telephone or online video platform.
X Defendant waived the right to appear in person and consented to proceed remotely with the advice of counsel, and the Court found proceeding remotely to be in the interests of the public, defendant and justice.
X Sentencing set for: 5/1/2023 at 10:00 a.m.
____ An application for an Order of Excludable Delay was made on the record.
____ Order of Excludable Delay entered from _____ until _____
____ Order of Temporary Detention entered

**TEXT**

The criminal cause for pleading was held remotely via ZoomGov at Defendant's request. Defendant was sworn in and informed of his rights. Defendant, defense counsel, and the AUSA consented to have the plea taken before Magistrate Judge Vera M. Scanlon. Consent filed separately. Defendant withdrew his plea of not guilty and pleaded guilty to Count 6 of the Indictment, for obstruction of justice, filed on July 6, 2022. Magistrate Judge Vera M. Scanlon respectfully recommends that the plea of guilty be accepted. The Court is returning Court Ex. 1 to the Government, which will maintain it. A conviction notification has been provided to the Probation Department. Defendant remains on bond.