# GOLDBERGER & DUBIN, P.C.
ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588

PAUL A. GOLDBERGER*  E-MAIL: GND401@AOL.COM
LAWRENCE A. DUBIN*§  www.goldbergerdubin.com   * MEMBER OF NY BAR
EDGAR L. FANKBONNER *                           § MEMBER OF NJ BAR

*Via ECF*

December 7, 2022

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  *United States v. Fan Liu*
22-CR-00311 (LDH)

Your Honor:

Please be advised that undersigned counsel represents Defendant Fan Liu in the above-referenced matter. Mr. Liu is respectfully requesting to modify his travel conditions to include Westchester County, New York.

Mr. Liu's father passed away on Tuesday, December 5, 2022. He will be laid to rest at Kenisco Cemetery in Valhalla, New York. He is seeking permission to travel to assist with his father's arrangements and attend services.

The Government and Pretrial Services do not object to this request. Wherefore, it is respectfully requested that Mr. Liu's bond conditions be modified to permit him to travel to Westchester County, New York.

Respectfully submitted,

/s/Paul A. Goldberger
Paul A. Goldberger, Esq.