# GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
www.goldbergerdubin.com

PAUL A. GOLDBERGER*
LAWRENCE A. DUBIN*§　　　　　　　　　　　　　　　　　　　　　　　　　　* MEMBER OF NY BAR
EDGAR L. FANKBONNER*　　　　　　　　　　　　　　　　　　　　　　　　　　§ MEMBER OF NJ BAR

December 8, 2022

**Via ECF**
Hon. LaShann DeArcy Hall
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Fan Liu*
Docket No. 22-cr-311 (LDH)

Dear Judge DeArcy Hall:

I represent defendant Fan Liu in his criminal matter before this Court. Yesterday my office submitted a request to modify the conditions of Mr. Liu's pre-trial release to allow him to plan and attend his father's funeral.

The funeral will be held on Tuesday, December 13, 2022 at Plainview Kensico Cemetery in Valhalla, New York, which is located within the Township of Mount Pleasant, New York in Westchester County. Mr. Liu indicated that he must also travel to Valhalla on Saturday, December 10 to supervise the engraving of his father's headstone and to make other arrangements with the funeral home before Tuesday. He will not be staying in Valhalla and will return home on each of the aforesaid dates.

Mr. Liu respectfully requests that the conditions of his release be modified to allow him to travel to Westchester County on each of the aforementioned dates.

Respectfully submitted,

Edgar Loy Fankbonner
*Attorney for Petitioner*