| SABRINA P. SHROFF | 80 BROAD STREET, 19TH FLOOR |
|---|---|
| ATTORNEY | NEW YORK, NEW YORK 10004 |
| | TEL: (646) 763-1490 |

December 27, 2022

Honorable LaShann DeArcy Hall
United States District Judge for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Derrick Taylor*, 22 Cr. 311 (LDH)

Hon. DeArcy Hall,

I write to the Court regarding the January 5, 2023, court appearance to request that both defendants, their counsel as well as government counsel be allowed to appear by telephone for the status conference.[1]

Mr. Taylor lives in California and is represented by assigned counsel. Allowing Mr. Taylor to appear by telephone rather than having him travel to New York from California will save the Court's financial resources. Both Mr. Taylor and the government consent to this request for a telephonic appearance especially since the January 5th appearance will not cover any disputed or substantive factual or legal issues, as both defendants are still reviewing the voluminous discovery in this case.

Mr. Liu through his counsel makes a similar request of the Court, as does government counsel. Should the Court grant this request all parties would appear remotely.

We thank the court for its time and consideration of this matter, and apologize for any inconvenience we may have caused the Court or its chambers.


Respectfully submitted,

/s/Sabrina P. Shroff
Attorney for Derrick Taylor

---

[1] The remaining defendants on the indictment have or are scheduled to plead guilty before the January 5, 2023 appearance.