**DOCKET NUMBER:** 22cr311(LDH)(VMS)     **CRIMINAL CAUSE FOR:** Pleading

**VERA M. SCANLON, U.S.M.J.**     **DATE:** 12/28/2022     **TIME IN COURT:** 01:30 hours

**DEFENDANT NAME(S):** Matthew Ziburis
- X Present    ___ Not Present    ___ In Custody    X Not In Custody

**DEFENSE COUNSEL:** Anthony L. Ricco
- ___ Federal Defender    X CJA    ___ Retained

**AUSA:** Emily J. Dean

| | |
|---|---|
| ___ Pretrial/Probation: | ___ Interpreter/Language: |
| X Court Reporter: Rivka Teich | ___ ESR Log Nos.: |
| ___ Arraignment | ___ Revocation of Probation – non-contested |
| X Change of Plea | ___ Revocation of Probation – contested |
| ___ In Chambers Conference | ___ Sentencing – non-evidentiary |
| ___ Pre-Trial Conference | ___ Sentencing – contested |
| ___ Initial Appearance | ___ Revocation of Supervised Rel. – evidentiary |
| ___ Status Conference | ___ Revocation of Supervised Rel. – non-evidentiary |
| ___ Telephone Conference | ___ Jury Selection |
| ___ Motion Hearing – evidentiary | ___ Voir Dire Begun |
| ___ Other Hearing: | ___ Voir Dire Held |
| X Case Called | ___ Rule 5(f) Notice |
| X Defendant Sworn | X Defendant Informed of Rights |

- ___ Waiver of Indictment executed
- X Defendant consents orally and in writing to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
- X Defendant withdraws not guilty plea and enters plea of guilty as stated on the record
- X Court finds factual basis for the plea
- X Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
- X Pursuant to the CARES Act and Administrative Orders 2020-06, as amended, 2020-13-1, 2021-04-06 and 2021-05-01, the Court conducted today's appearance remotely by telephone or online video platform.
- X Defendant waived the right to appear in person and consented to proceed remotely with the advice of counsel, and the Court found proceeding remotely to be in the interests of the public, defendant and justice.
- X Sentencing set for: 6/1/2023 at 2:00 PM
- ___ An application for an Order of Excludable Delay was made on the record.
- ___ Order of Excludable Delay entered from _____ until _____
- ___ Order of Temporary Detention entered

**TEXT**

At the request of Defendant and defense counsel, and without objection from the AUSA, the criminal cause for pleading was held via ZoomGov videoconference for the reasons stated on the record. Defendant was sworn in and informed of his rights. Defendant, defense counsel, and the AUSA consented to have the plea taken before Magistrate Judge Vera M. Scanlon. Consent filed separately. Defendant withdrew his plea of not guilty and pleaded guilty to Counts 1 and 2 of the Indictment, filed on July 6, 2022. Magistrate Judge Vera M. Scanlon respectfully recommends that the plea of guilty be accepted. Government will maintain Court Ex. 1, which is the plea agreement. A conviction notification has been provided to the Probation Department. Counsel is to provide Defendant's marshal number to the Probation Department by 1/9/2023. Defendant remains on bond.