

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EJD
F. #2021R00184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 10, 2023

**TO BE FILED UNDER SEAL**

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Liu, et al.
                Criminal Docket No. 22-311 (LDH)

Dear Judge DeArcy Hall:

      The government writes to provide the Court with an update on the status of this case with respect to defendant Fan "Frank" Liu.  After the filing of the September 27, 2023 status update letter, the defendant retained new counsel, Peter Katz, Esq.  The defendant's newly retained counsel has been in the process of obtaining and reviewing the previously produced discovery, as well as discussing the case with the government.  The parties therefore jointly request 30 days for newly retained counsel to continue the review of discovery and for the parties to engage in plea negotiations.  The parties expect that in 30 days they will be able to update the Court on the direction of the case and whether a disposition short of trial is expected.

       The parties jointly request that the Court enter an order of excludable delay from November 10, 2023 through the requested 30-day period to allow counsel for the defendant to review discovery and for the parties to engage in plea negotiations. The parties propose that they submit an additional status update letter to the Court on December 11, 2023.

                                            Respectfully submitted,
                                            BREON PEACE
                                            United States Attorney

                          By:      /s/ Emily J. Dean
                                            Emily J. Dean
                                            Assistant U.S. Attorney
                                            (718) 254-6120

cc:    Clerk of Court (LDH) (by ECF)
        Defense Counsel (by ECF)