**LAW OFFICES OF PETER KATZ**

EXPERIENCE DEDICATION RESULTS

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323
PKATZLEGAL.COM

February 27, 2025

**Via ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re**: USA v. Liu et al. 1:22-cr-00311-LDH

Dear Judge Hall:

      As you are aware, I am counsel to Defendant Fan Liu in the above-referenced criminal matter. I attempted to provide the following to Your Honor's Courtroom Deputy, however after talking with Your Honor's Chambers was told she was unavailable and that I should draft a letter to be sent via ECF.

      I write to alert the Court that at tomorrow's telephonic conference at 3:00pm I will move, with Mr. Liu's consent, to withdraw as his attorney. Among other reasons, there has been a breakdown in the attorney-client communication process and I can no longer provide him adequate representation. As trial is not slated until the beginning of 2026, I do not believe this will impede the timing of the case. I have notified the assigned AUSAs of this request and they indicated no opposition.

      Also, as I do not believe Mr. Liu has sufficient funds to hire a new attorney, I believe he will be eligible for appointed counsel. I wanted to let Your Honor know now in case you wanted to have a CJA attorney ready to join the call.

      Thank you for your attention to this matter.

Sincerely,

Peter Katz
Counsel for *Defendant,* Fan "Frank" Liu
peter@pkatzlegal.com
(609) 477-4077