**THE VITALIANO LAW FIRM, PLLC**

Michael E. Vitaliano, Esq.
1492 Victory Boulevard
Staten Island, New York 10301
michael@vitalianolawfirm.com

June 24, 2025

**VIA ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

                Re: USA v. Liu 22-CR-311
                Request for Adjournment of Violation Hearing

Dear Judge Hall,

    I am appointed counsel to Defendant Fan Liu in the above-referenced criminal matter. This morning the Court issued an order advancing Mr. Liu's pretrial release hearing from June 30, 2025, at 12:00 p.m. to June 27, 2025, at 1:00 p.m. However, I have an unavoidable conflict on June 30, 2025, and am not available to appear any time on that day. I am respectfully requesting an adjournment. I have spoken to AUSA Emily Dean who consents to the requested adjournment. Additionally, subject to the Court's availability, the parties are available to appear July 7, 2025, before 3p.m., July 8, 2025, between 11a.m. through 2p.m., and any time on July 10, 2025.

    I very much appreciate the Court's consideration of this request.

                                                     Respectfully Submitted,
                                                     /s/ Michael Vitaliano
                                                     Michael Vitaliano

cc: All Counsel (via ECF)